JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>MILLER BARONDESS, LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; and JASON TOKORO,<br><br>          Defendant. | Case No. 2:21-cv-04208-AB-AFMx<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 24, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.